**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| THOMAS EDWARDS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 2:25-cv-02332-TLP-tmp |
| v. | ) | |
| | ) | JURY DEMAND |
| FINWISE BANK, and OPPLOANS, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pro se Plaintiff Thomas Edwards sued here on March 24, 2025, alleging that Defendants FinWise Bank and OppLoans violated the Fair Credit Reporting Act.  (ECF No. 2.) He brings a claim under 15 U.S.C. § 1681s-2(a) and another under 15 U.S.C. § 1681s-2(b).  (*Id.*)

Under Administrative Order 2013-05, the Court referred this case to Chief Magistrate Judge Tu M. Pham to manage all pretrial matters.  Because Plaintiff is proceeding in forma pauperis, Judge Pham screened the Complaint under 28 U.S.C. § 1915(e)(2) and issued a Report and Recommendation ("R&R") in June 2025.  (ECF No. 8.)  In the R&R, Judge Pham recommended dismissing Plaintiff's § 1681s-2(a) claim and giving Plaintiff leave to amend his § 1681s-2(b) claim.  (*Id.*)  The Court adopted the R&R and gave Plaintiff thirty days to amend his Complaint.  (ECF No. 9.)  About four months later, Judge Pham issued another R&R recommending that the Court dismiss the remaining § 1681s-2(b) claim because Plaintiff failed to amend his Complaint.  (ECF No. 10.)

1

## LEGAL STANDARD

A magistrate judge may submit to a district court judge proposed findings of fact and recommendations for deciding pretrial matters.  28 U.S.C. § 636(b)(1)(A)–(B).  And "[w]ithin 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."  Fed. R. Civ. P. 72(b)(2); *see also* 28 U.S.C. § 636(b)(1).  If the parties do not object, the district court reviews the R&R for clear error.  Fed. R. Civ. P. 72(b) advisory committee notes.  The district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  Judge Pham entered his R&R in April 2026. Plaintiff did not object, and the time to do so has now passed.  The Court therefore reviews the R&R for clear error.

## DISPOSITION AND CONCLUSION

Having reviewed the record, the Court finds no clear error in Judge Pham's R&R.  The Court agrees with Judge Pham that Plaintiff has not timely amended his Complaint to plausibly state a § 1681s-2(b) claim.  The Court gave Plaintiff time to amend the Complaint, and he failed to do so.

The Court therefore **ADOPTS** the R&R and **DISMISSES** Plaintiff's Complaint **WITHOUT PREJUDICE**.

**SO ORDERED**, this 19th day of May, 2026.

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

2